# Third District Court of Appeal
## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-762
Lower Tribunal No. 22-3234
_____

**Guillermo Bustamante,**
Appellant,

vs.

**Salvador Bustamante, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Bertila Soto, Judge.

The Dumbar Law Center and Sahr O. Dumbar; Jacquelyn Lumpkin Wooden PA and Jacquelyn Lumpkin Wooden (Miramar), for appellant.

Stok Kon + Braverman, Robert A. Stok, and Huiping Liu (Fort Lauderdale); Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Bruce A. Katzen, and Rachel L. Kipnis, for appellees.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.